**In re Balasubramania P. Harid**
**Chapter 11 Debtor**
**SDNY Case No. 18-13632-mew**

**LIQUIDATION ANALYSIS AS OF 1/22/2019**

| Assets | Liquidation Value |
|---|---|
| Jewelry (Exempt) | $0.00 |
| Clothing (Exempt) | $0.00 |
| 2018 Dell Laptop (Exempt) | $0.00 |
| Total Nutrition Franchising LLC | $0.00 |
| Danbury Pharma LLC | $0.00 |
| Total Nutrtion Holdings, LLC | $0.00 |
| Total Nutrition Retail LLC | $0.00 |
| SNI LLC | $0.00 |
| The SAI Household LLC | $0.00 |
| Mistaire LLC | $0.00 |
| Life Insurance Policy (Exempt) | $0.00 |
| 50% Interest in 2017 Tax Refund | $70,307.00 |
| **Total Assets** | **$70,307.00** |
|  |  |
| Less Costs Associated with Liquidation: |  |
| Chapter 7 Professional Fees (Est.) | $20,000.00 |
| Auctioneer Fees &Costs | $0.00 |
| Chapter 7 Trustee Commission | $7,030.70 |
| **Total Liquidation Costs** | **$5,000.00** |
|  |  |
| Less Chapter 11 Administrative Payable Claims | $0.00 |
| Less Chapter 11 Professional Fee Claims | $100,000.00 |
| Less Chapter 11 Priority Claims | $0.00 |
| Net Available for Unsecured Creditors | -$34,693.00 |
|  |  |
| **PROJECTED DISTRIBUTION IN CHAPTER 7** | **$0.00** |